# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | | |
|---|---|---|
| **JANE DOE and her parents** **JOHN & MARY DOE** Plaintiffs | * | **CIVIL ACTION NO. 6:21-cv-0043** |
| v. | * | **JUDGE:** **Michael J. Juneau** |
| **EDOUARD d'ESPALUNGUE d'ARROS** Defendant | * | **MAGISTRATE JUDGE:** **Carol B. Whitehurst** |

## AFFIDAVIT OF COMPLIANCE

Now come, Plaintiffs, Jane Doe and her parents, John and Mary Doe, in response to this Court's Order of July 7, 2021 (Doc. 5) and submit Notice of Compliance as follows:

1. Attached hereto as Exhibit 1 is the Sworn Affidavit of Foss Baker, staff attorney with Ancillary Legal Corporation dated August 5, 2021 confirming that ALC received from Plaintiffs final documents for service of process on July 2, 2021; the documents were sent for translation into French and the completed translations were received on July 19, 2021.

2. All documents (English & French) were then sent to the Central Authority in France on July 20, 2021, and those documents were received by the Central Authority on July 22, 2021. The DHL delivery confirmation with Tracking Code is attached to the affidavit.

3. As noted in Mr. Baker's Affidavit, Plaintiffs show that the procedure for service under the Hague Convention requires multiple levels of review and logging by various officials and offices, and normally takes 18-26 weeks or more. Return of the documents to the United States can take an additional 4-8 weeks.

4. The court has previously noted that the 90-day time limit for service of process mandated by FRCP 4 (m) does not apply to the defendant since service will be required in a foreign country.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs, Jane Doe and her parents, John and Mary Doe, respectfully request that this Notice of Compliance be deemed good and sufficient.

Dated:  August 5, 2021                                Respectfully submitted,

**DOMENGEAUX, WRIGHT, ROY
    & EDWARDS, LLC.**
s/ *Elwood C. Stevens, Jr.*
Elwood C. Stevens, Jr. (#12459)
Jefferson Towers, Suite 500
556 Jefferson Street

Lafayette, LA 70501
T: (337) 233-3033
F: (337) 232-8213
Email: elwoods@wrightroy.com

and

**MILDRED E. METHVIN, LLC**
s/ *Mildred E. Methvin*
Mildred E. Methvin (#14619) T.A.
7414 Sardonyx St.
New Orleans, LA 70124
T: 337-501-1055
F: 888-298-0566
Email: memethvin@gmail.com

**ATTORNEYS FOR PLAINTIFFS**

**JANE DOE AND HER PARENTS, JOHN AND MARY DOE**