**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **JANE DOE, ET AL.** | **CASE NO. 6:21-CV-00430** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **EDOUARD D'ESPALUNGUE D'ARROS** | **MAGISTRATE JUDGE WHITEHURST** |

## ORDER OF RECUSAL

Pursuant to 28 U.S.C. §455, I hereby disqualify myself from the handling of the above-captioned matter. Accordingly,

IT IS HEREBY ORDERED that this matter is referred to Chief Judge S. Maurice Hicks, Jr. for reassignment to another judge in accordance with the Court's Standing Order 1.62.

THUS DONE in Chambers on this 30th day of March, 2022.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE