# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **JANE DOE ET AL** | **CASE NO. 6:21-CV-00430** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **EDOUARD D'ESPALUNGUE D'ARROS** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## MINUTES OF COURT:
### Status Conference

| | | | |
|---|---|---|---|
| Date: | June 30, 2022 | Presiding: | Judge David C. Joseph |
| Court Opened: | 3:58 PM | Courtroom Deputy: | Lisa LaCombe |
| Court Adjourned: | 4:19 PM | Courtroom: | Zoom Video Conference |
| Statistical Time: | 21 Minutes | | |

## APPEARANCES

| | | |
|---|---|---|
| Elwood Clement Stevens, Jr. (Retained) | For | Jane Doe, John Doe, Mary Doe, Plaintiffs |
| Mildred E Methvin (Retained) | For | Jane Doe, John Doe, Mary Doe, Plaintiffs |

## PROCEEDINGS

A Status Conference was held June 30, 2022, via Zoom Video.

Counsel updated the Court on the status of service on the Defendant, per the requirements of the Hague Convention.

After discussion, it was determined that counsel for Plaintiffs will file a Motion for Entry of Default and for Default Judgment. Once filed, the parties will coordinate a date with Lisa LaCombe to set the hearing date on the Motion for Default Judgment. Once a hearing date has been determined, the Court will issue briefing deadlines.

Plaintiffs' counsel is also directed to provide all known addresses and email addresses for Defendant so that the Clerk may apprise him of orders of the Court and any hearing dates.