UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JANE DOE, et al** | * | **NO. 6:21-cv-00430-DCJ-CBW** |
| **vs.** | * | **JUDGE DAVID C. JOSEPH** |
| **EDOUARD d'ESPALUNGUE d'ARROS** | * | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**ORDER**

Considering Plaintiffs' Motion for Ex Parte Order Directing the Clerk of Court to Mail Copies of Default and Order Setting Evidentiary Hearing to Defendant via International Registered Mail,

**IT IS ORDERED** that Plaintiffs' motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court send to Defendant, via International Registered Mail, copies of the following documents:

1. Entry of Default (Rec. Doc. 13)
2. Request/Motion for Entry of Default (Rec. Doc. 12)
3. Affidavit (Rec. Doc. 12-1)
4. Exhibit 1 to the Affidavit (Rec. Doc. 12-2)
5. Order Setting Evidentiary Hearing for October 12, 2022 (Rec. Doc. 15)

**IT IS FURTHER ORDERED** that the documents be sent to the following two addresses:

Edouard d'Espalungue d'Arros
c/o Philippe Arnaud d'Espalungue
65 Avenue Marceau
75116 Paris, Ile-de-France
FRANCE

Edouard d'Espalungue d'Arros
10 Plage des Boulistes Canon
33950 Lège-Cap-Ferret
FRANCE

**THUS DONE AND SIGNED** on this <u>  18th  </u> day of <u>  July              </u>, 2022 in Lafayette, Louisiana.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE