



## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE DOE, et al | * | NO. 6:21-cv-00430-DCJ-CBW |
| vs. | * | JUDGE DAVID C. JOSEPH |
| EDOUARD d'ESPALUNGUE<br>d'ARROS | * | MAGISTRATE JUDGE CAROL<br>B. WHITEHURST |

### ORDER

Considering Plaintiffs' Motion for Ex Parte Order Directing the Clerk of Court to Mail Copies of Default and Order Setting Evidentiary Hearing to Defendant via International Registered Mail,

**IT IS ORDERED** that Plaintiffs' motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court send to Defendant, via International Registered Mail, copies of the following documents:

1. Entry of Default (Rec. Doc. 13)

2. Request/Motion for Entry of Default (Rec. Doc. 12)

3. Affidavit (Rec. Doc. 12-1)

4. Exhibit 1 to the Affidavit (Rec. Doc. 12-2)

5. Order Setting Evidentiary Hearing for October 12, 2022 (Rec. Doc. 15)

**IT IS FURTHER ORDERED** that the documents be sent to the following two addresses:

Edouard d'Espalungue d'Arros
c/o Philippe Arnaud d'Espalungue
65 Avenue Marceau
75116 Paris, Ile-de-France
FRANCE

Edouard d'Espalungue d'Arros
10 Plage des Boulistes Canon
33950 Lège-Cap-Ferret
FRANCE

**THUS DONE AND SIGNED** on this <u>18th</u> day of <u>July</u>, 2022 in

Lafayette, Louisiana.

 

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

JANE DOE, et al.                        NO. 6:21–CV–00430–DCJ–CBW

VERSUS                                  JUDGE DAVID C JOSEPH

EDOUARD D'ESPALUNGUE D'ARROS            MAGISTRATE JUDGE CAROL B
                                        WHITEHURST


### NOTICE OF ENTRY OF DEFAULT

   Notice is hereby given that default is entered against Edouard d'Espalungue d'Arros in the captioned matter pursuant to the recent motion/request for entry of default. The legal time delays have elapsed and there has been no answer filed or other defenses presented to the complaint by said defendant(s). For the court to issue a default judgment under **Fed.R.Civ.P. 55**, a motion to that effect must be filed by plaintiff. A delay of at least fourteen (14) days from the date of this notice must elapse before issuance of a default judgment by the court under **LR 55.1**.

   For questions regarding this document or transmission, please call our CM/ECF help desk at 1–866–323–1101.

   THUS DONE  July 6, 2022.


                                        TONY R. MOORE
                                        CLERK OF COURT

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JANE DOE, et al** | * | **NO. 6:21-cv-00430-DCJ-CBW** |
| **vs.** | * | **JUDGE DAVID C. JOSEPH** |
| **EDOUARD d'ESPALUNGUE**<br>**d'ARROS** | * | **MAGISTRATE JUDGE CAROL**<br>**B. WHITEHURST** |

## REQUEST FOR ENTRY OF DEFAULT

Plaintiffs hereby request the Clerk of Court to enter a default against the defendant, Edouard d'Espalungue d'Arros, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure. This Request is supported by an Affidavit in Support of Request for Entry of Default. After entry of default by the Clerk, plaintiffs will file a Motion for Evidentiary Hearing and Entry of Default Judgment.

Respectfully submitted,

**DOMENGEAUX, WRIGHT, ROY**
**& EDWARDS, LLC.**
*s/ Elwood C. Stevens, Jr.*
Elwood C. Stevens, Jr. (#12,459)
Jefferson Towers, Suite 500
556 Jefferson Street
Lafayette, LA 70501
T: (337) 233-3033
F: (337) 232-8213
Email: elwoods@wrightroy.com

**MILDRED E. METHVIN, LLC**
*s/ Mildred E. Methvin*
Mildred E. Methvin (#14619) T.A.
7414 Sardonyx St.
New Orleans, LA 70124

T: 337-501-1055
F: 888-298-0566
Email: memethvin@gmail.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of Plaintiffs' Request for Entry of Default and

Affidavit were sent to Defendant this date by placing a copy of same in the U. S Mail postage

prepaid and properly addressed to the following two addresses:

Edouard d'Espalungue d'Arros
c/o Philippe Arnaud d'Espalungue
65 Avenue Marceau
75116 Paris, Ile-de-France
FRANCE

Edouard d'Espalungue d'Arros
10 Plage des Boulistes Canon
33950 Lège-Cap-Ferret
FRANCE

I further certify that copies of the Request for Entry of Default and Affidavit were

emailed on this the 6th day of July 2022 to two email addresses used in the past by Edouard

d'Espalungue d'Arros (ed.eda@gmx.com and edouard.dsp@outlook.com) and to Pierre

Hourcade, an attorney who represented Mr. d'Espalungue in 2020-2021 in connection with Mr.

d'Espalungue's claimed inability to return to the United States to face criminal charges, at

contact@frenchattorney.com.

*/s/ Elwood C. Stevens, Jr.*

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | | |
|---|---|---|
| JANE DOE, et al | * | NO. 6:21-cv-00430-DCJ-CBW |
| vs. | * | JUDGE DAVID C. JOSEPH |
| EDOUARD d'ESPALUNGUE d'ARROS | * | MAGISTRATE JUDGE CAROL B. WHITEHURST |

### AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Mildred E. Methvin, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the attorney for the plaintiff in this action.

2. As alleged in the complaint, defendant Edouard d'Espalungue[1] raped plaintiff on September 30, 2018, at a retreat of Our Lady of Wisdom Ragin' Cajun Catholics (a ULL student organization) held in Rapides Parish.

3. At the time, plaintiff was a 21-year-old student at the University of Louisiana at Lafayette (ULL) and defendant was a 28-year-old graduate student and teaching assistant at Louisiana State University (LSU) in the Department of French Studies.

4. Plaintiff immediately reported the rape and the priest chaperoning the retreat contacted the police. Two deputies with the Rapides Parish Sheriff's Department (RPSO) interviewed plaintiff and d'Espalungue and arrested d'Espalungue on a charge of sexual battery. Defendant was booked, posted a $25,000 bond, and returned to LSU.

5. On October 4, 2018, after further investigation by RPSO detectives, defendant was re-arrested in Baton Rouge on a charge of second-degree rape. He was transported back to

---

[1] Although defendant's full name is Edouard d'Espalungue **d'Arros**, he was known as "Edouard d'Espalungue" at LSU. After his rape arrest, he used a number of aliases, such as "Ed Darras."

Rapides Parish, posted an additional $75,000 bond, surrendered his passport, and once again returned to Baton Rouge.

6. While out on bond, d'Espalungue sexually harassed, assaulted and/or raped numerous other women, including at least five LSU students.[2] In December of 2020, LSU suspended d'Espalungue for one year after finding he had raped an LSU student on September 6, 2020.

7. On December 14, 2020, d'Espalungue left the United States for France, having been given permission by the judge presiding over his criminal case in Rapides Parish to reclaim his passport and return home for the Christmas holidays. He has never returned to Louisiana.

8. Plaintiff filed this complaint on February 22, 2021, after d'Espalungue had already fled the country.

9. On February 23, 2021, a Rapides Parish Grand Jury indicted defendant for third-degree rape. His two bonds were revoked, and the court issued a no-bond arrest warrant which is outstanding.

10. D'Espalungue is now considered a fugitive from justice and an international arrest warrant has been issued for his arrest should he attempt to travel outside France.[3]

---

[2] The five students and a professor filed a lawsuit against LSU and individual LSU officials on October 4, 2021, alleging LSU was deliberately indifferent to complaints about d'Espalungue and had adopted official policies of gender discrimination by ignoring its obligations under Title IX to staff, train, and resource its Title IX office and refusing to properly investigate complaints of sexual misconduct. *See Does #1-6 vs. LSU, et al,* C. A. No. 21-cv-0564, *consolidated with* C. A. No. 21-cv-647, U. S. District Court for the Middle District of Louisiana.

3 A "red notice" is an international arrest warrant lodged with Interpol. "Red Notices are issued for fugitives wanted either for prosecution or to serve a sentence. A Red Notice is a request to law enforcement worldwide to locate and provisionally arrest a person pending extradition, surrender, or similar legal action." *See* https://www.interpol.int/en/How-we-work/Notices/View-Red-Notices A minority of red notices are listed at the website.

11. Plaintiff has made efforts to serve defendant with a copy of the complaint, translated into French, under the terms of the Hague Convention. A copy of the official file and certification from the Ministère de la Justice in Paris is attached as Exhibit 1 to this Affidavit.

12. The certification, dated February 28, 2022, includes a translation of the official reason given for why service could not be made: "Recipient did not reply to the request of the Police to appear before them."

13. The record shows officials at the French Ministry spoke to d'Espalungue by telephone and two meetings were scheduled for service of the documents, neither of which d'Espalungue attended.

14. Under Federal Rule of Civil Procedure 4(f)(1), a person who is not located within the United States may be served with process "by any internationally agreed means of service that is reasonably calculated to give notice, such as those authorized by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents."

15. The United States and France both ratified the Hague Convention. Application of the Hague Convention is mandatory in all cases that come within its scope, which are those cases where there is "occasion to transmit a judicial or extrajudicial document for service abroad." *See* Hague Convention, Art. 1; *Volkswagenwerk Aktiengesellschaft v. Schlunk*, 486 U.S. 694, 700, 108 S.Ct. 2104, 100 L.Ed.2d 722 (1988) (describing methods of international service of process under the Hague Service Convention).[4] "If the internal

---

[4] See also Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, November 15, 1965, 20 U.S.T. 361; Hague Conference on Private International Law, *Status Table*, https://www.hcch.net/en/states/hcch-members (listing current member nations to the Hague Service Convention, including France).

law of the forum state defines the applicable method of serving process as requiring the transmittal of documents abroad, then the Hague Service Convention applies."

*Volkswagenwerk*, 486 U.S. at 700, 108 S.Ct. 2104.

16. Plaintiff hired Ancillary Legal Corporation ("Ancillary") of Atlanta, Georgia, to translate the complaint and associated documents, and to submit the documents to the central authority designated by France for service of process upon Edouard d'Espalungue under the Hague Convention.

17. Ancillary submitted the documents to the French Ministère de la Justice on July 22, 2021.

18. As noted, on February 28, 2022, the Ministère de la Justice issued a certification stating that the documents had not been served because "Recipient did not reply to the request of the Police to appear before them."

19. Pursuant to the art. 15 of the Hague Convention, if the central authority fails to provide a certificate of service within six months, the plaintiff may move for default judgment.

20. More than six (6) months have elapsed since translated service documents were delivered to French authorities for service under the Hague Convention, and plaintiffs are therefore entitled to entry of default.

21. Defendant is not a minor, nor an incompetent person. He is a French national and therefore is not in the military service of the United States of America.

22. Plaintiffs hereby request the Clerk to enter a default against the defendant, Edouard d'Espalungue d'Arros, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Mildred E. Methvin

4

THUS, DONE AND SIGNED before me the undersigned notary and two competent witnesses on this the 16th day of June 2022, at Lafayette, Louisiana.

WITNESSES:

Elwood C. Stevens, Jr.
La. Bar No. 12,459

5

# LANGUAGE INSTITUTE OF ATLANTA, Inc.

*Certified Translation – Interpretation – Language Training*

7000 Peachtree-Dunwoody Rd
Atlanta, GA 30328

Phone: 770-730-0000
Email: info@atlantalanguage.com

# TRANSLATION CERTIFICATE

On April 21, 2022, I, Maria Cevallos, Assistant-Director of Language Institute of Atlanta, Inc., Georgia, USA, certify that the Attached translation  of a **Service Certificate issued on February 28, 2022** from  French into English is to the best of my knowledge true and accurate.

Maria Cevallos, Assistant-Director

Signature:

Date:   4/21/2022

Signature of Maria Cevallos certified by Jean-Marc Charles de Foucault, Public Notary, My commission expires on May 30, 2023

Signature:

Date:   4/21/2022

EXHIBIT 1

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention, L'autorite soussignee a l'honneur d'attester conformement a l    article 6 de ladite Convention,

☐ **1. that the document has been served\*** que la demande a ete executee"

— **the (date) / le (date):**
— **at (place, street, number):**
  a (localite, rue, numero) :

| | — **in one of the following methods authorised by Article 5:** dans une des formes suivantes prevues a l'article 5 : | |
|---|---|---|
| ◆ a) | **in accordance with the legally approved procedures (article 5, first paragraph, letter a) ) \*** selon les formes legales  (article 5, alinea premier, lettre a))\* | |
| ☐ b) | **In accordance with the following particular method\*:** selon la forme particuliere suivante" : | |
| ☐ c) | **by delivery to the addressee, if he accepts it voluntarily\*** par remise simple\* | |

The documents referred to in the request have been delivered to:
Les documents mentionnes dans la demande ont ete remis a :

| Identity and description of person: Identite et qualite de la personne : | |
|---|---|
| **Relationship to the addressee (family, business or other):** Liens de parente, de subordination ou autres, avec le destinataire de l'acte : | |

**2. that the document has not been served, by reason of the following facts\*:**
que la demande n'a pas ete executee, en raison des faits suivants\*:

Recipient did not reply to the request of the Police to appear before them

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**
  Conformement a l'article 12, alinea 2, de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint".

*Annexes /Annexes*

| Documents returned: Pieces renvoyees : | |
|---|---|
| **In appropriate cases, documents establishing the service:** Le cas echeant, les documents justificatifs de ('execution : appropriate / s'il y a lieu | Report n°2021/015298 drawn up on November 18 2021 by Mr. Thierry LEFEBVRE, police officer in the Police Precinct of Paris XVI District |

| **Done at / Fait a** | **Signature and/or stamp**<br>Signature et / ou cachet |
|---|---|
| Paris<br>**The /** le<br>FEBRUARY 28,  2022 | |

**MINISTÈRE DE LA JUSTICE**
*Liberté*
*Égalité*
*Fraternité*

**Direction des affaires civiles et du sceau**

Paris, le 28-02-2022

LE GARDE DES SCEAUX, MINISTRE DE LA JUSTICE
À
FOSS BAKER ATTORNEY
ANCILLARY LEGAL CORPORATION
2900 CHAMBLEE TUCKER ROAD BLDG 13
ATLANTA GA 30341 USA
ETATS-UNIS D'AMÉRIQUE

**Département de l'entraide, du droit international privé et européen**

**Référence à rappeler :**
**5187TR2021 ETATS-UNIS D'AMERIQUE**
**République des Etats-Unis-Foss Baker, Attorney du 20.07.21-**
**N°.6:21-CV-00430-MJJ-CBW-citation-tribunal de district des usa**
**district Ouest de Louisiane-**

**Destinataire :** Monsieur Edouard D'ESPALUNGUE D'ARROS,
**DOMICILIÉ : 65, AVENUE MARCEAU - 75116 PARIS**

20.12.   001607

**Objet :** Retour d'une demande de notification d'acte judiciaire.

**Texte de référence :** Circulaire NOR JUS CO5 20 961 C (CIV/20/05) du 1er février 2006, relative aux "Notifications internationales des actes judiciaires et extrajudiciaires en matière civile et commerciale" [ la partie pratique de la circulaire est disponible sur l'Internet à l'adresse : www.entraide-civile-internationale.justice.gouv.fr

J'ai l'honneur de vous faire parvenir sous ce pli les documents établis à la suite d'une demande de notification internationale.

Cachet du Ministère de la Justice

PF

# CERTIFICATE
## ATTESTATION

**The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,**
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served\***
que la demande a été exécutée\*

| — the (date) / le (date): | |
|---|---|
| — at (place, street, number): à (localité, rue, numéro) : | |

| — in one of the following methods authorised by Article 5: dans une des formes suivantes prévues à l'article 5 : | |
|---|---|
| ☐ **a)** in accordance with the provisions of sub-paragraph *a)* of the first paragraph of **Article 5 of the Convention\*** selon les formes légales (article 5, alinéa premier, lettre *a*))\* | |
| ☐ **b)** in accordance with the following particular method\*: selon la forme particulière suivante\* : | |
| ☐ **c)** by delivery to the addressee, if he accepts it voluntarily\* par remise simple\* | |

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| Identity and description of person: Identité et qualité de la personne : | |
|---|---|
| Relationship to the addressee (family, business or other): Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☑ **2. that the document has not been served, by reason of the following facts\*:**
que la demande n'a pas été exécutée, en raison des faits suivants\*:

| Destinataire ne répondant pas aux convocations de la Police |
|---|

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.

*Annexes / Annexes*

| Documents returned: Pièces renvoyées : | |
|---|---|
| In appropriate cases, documents establishing the service: Le cas échéant, les documents justificatifs de l'exécution : | Procès-verbal n°2021/015298 établi le 18 novembre 2021 par M.Thierry LEFEBVRE, gardien de la paix au commissariat de Paris XVIè arrt |

\*  if appropriate / s'il y a lieu

| Done at / Fait à Paris The / le 28 février 2022 | Signature and/or stamp Signature et / ou cachet |
|---|---|



## PREFECTURE DE POLICE
COMMISSARIAT CENTRAL DU 16e ARRONDISSEMENT

| Brigade des Délégations et des Enquêtes de Proximité « Chaillot »<br>4 rue du Bouquet de Longchamp 75116 PARIS<br>TEL : 01.53.71.62.96.<br>courriel : ciat16-bdep-chaillot@interieur.gouv.fr |
|---|

**DESTINATAIRE :**

MONSIEUR DE PROCUREUR DE LA RÉPUBLIQUE DE PARIS
SECTION A2

| Référence(s) :<br>LRPPN / PARQUET | PROCÉDURE JUDICIAIRE N° 2021/15298     / PARQUET N° 2021/99 |
|---|---|

| | | | |
|---|---|---|---|
| Pour Poursuite d'Enquête | ☐ | Conformément aux instructions Parquet | ☐ |
| Pour Appréciation | ☒ | Pour inscription FPR | ☐ |
| Suite à Notification exécutée | ☐ | Suite à Notification non exécutée | ☒ |
| Pour Classement sans Suite N° | ☐ | Suite à erreur d'attribution | ☐ |
| Pour Vaines Recherches | ☐ | | ☐ |

**OBSERVATIONS :**

*En ayant l'honneur de vous transmettre la présente procédure.*
*La remise de l'acte n'a pu être faite, le destinataire n'est pas venu aux convocations et n'a donné aucune justification.*

*Cordialement.*

REÇU LE
2 2 FEV. 2022
BDIP

Date : Le 03/02/2022

*Vu et transmis*

**Le Commissaire Divisionnaire**
Jean-François GALLAND

**Chef de Service**

*Rédacteur : Gardien de la Paix LEFEBVRE*

RÉPUBLIQUE FRANÇAISE
Liberté - Egalité – Fraternité

REPUBLIQUE FRANCAISE
MINISTERE DE L'INTERIEUR, DE L'OUTRE-MER ET
DES COLLECTIVITES TERRITORALES
DIRECTION GENERALE DE LA POLICE NATIONALE
PREFECTURE DE POLICE DE PARIS
―――――

CSP DU 16EME
ARRONDISSEMENT DE PARIS
DTSP75
62, AVENUE MOZART
75016 PARIS
Tel : 3430
Fax : 01 42 26 90 62
Code INSEE : 75116351

P. V. : n°2021/015298
------------------
AFFAIRE :
C/EDOUARD D'ESPALUNGUE
D'ARROS

ORDONNANCE PENALE

OBJET :
SAISINE

# PROCES-VERBAL
## PV n° 01803/2021/015298

L'an deux mil vingt et un,
Le onze octobre, à neuf heures quarante et une

Nous, THIERRY LEFEBVRE
GARDIEN DE LA PAIX
En fonction PARIS 16

AGENT DE POLICE JUDICIAIRE en résidence DSPAP PARIS
--- Nous trouvant au service,
--- Poursuivant l'exécution des instructions contenues dans le soit-transmis en date
du 01/10/2021 de Monsieur x, PROCUREUR DE LA REPUBLIQUE près le TGI
PARIS, ---
--- Poursuivant l'enquête en la forme préliminaire,
--- Vu les articles 75 et suivants du Code de procédure pénale, ---

---Sommes destinataire d'un soit-transmis référencé ci-dessus---
---Disons que l'ensemble des actes réalisés au cours de l'enquête seront placés à
la suite du présent qui en constitue la saisine.---
---Dont acte.---

L'APJ

2021/0079271179

---

**PROCES-VERBAL DE CONVOCATION
EN VUE D'UNE REMISE D'ACTE**

---

**Le onze octobre deux mille vingt et un**
Nous, Thierry LEFEBVRE,
Gardien de la Paix, Agent de police judiciaire
En résidence à Paris
Tel : 01.53.71.62.96

Vu l'enquête dilligentée sous le n° de procès-verbal 2021/15298

**Avisons Monsieur D'ESPALUNGUE D'ARROS Edouard**
Demeurant 65 Avenue Marceau à Paris 16

Pour la remise d'une acte.

Et qu'elle est convoquée

**Le 26/10/2021 à 10H00**

**Au 4 rue du Bouquet de Longchamp à Paris 16**

Pour être entendue librement (sans garde à vue) sur ces faits.

L'agent de police judiciaire

---

**Informations importantes :**

---

- Cette **convocation** présente un caractère **obligatoire**. Conformément à l'article 78 du code de procédure pénale, l'officier de police judiciaire peut contraindre à comparaître par la force publique, avec l'autorisation préalable du procureur de la République, les personnes qui n'ont pas répondu à une convocation à comparaître ou dont on peut craindre qu'elles ne répondent pas à une telle convocation.

REPUBLIQUE FRANCAISE
MINISTERE DE L'INTERIEUR, DE L'OUTRE-MER ET
DES COLLECTIVITES TERRITORIALES
DIRECTION GENERALE DE LA POLICE NATIONALE
PREFECTURE DE POLICE DE PARIS
---------

CSP DU 16EME
ARRONDISSEMENT DE PARIS
DTSP75
62, AVENUE MOZART
75016 PARIS
Tel : 3430
Fax : 01 42 26 90 62
Code INSEE : 75116351

P. V. : n°2021/015298
----------------

AFFAIRE :
C/EDOUARD D'ESPALUNGUE
D'ARROS

ORDONNANCE PENALE

OBJET :
ATTACHE TELEPHONIQUE

# PROCES-VERBAL

## PV n° 01803/2021/015298

L'an deux mil vingt et un,
Le vingt et un octobre, à seize heures treize

Nous, THIERRY LEFEBVRE
GARDIEN DE LA PAIX
En fonction PARIS 16

AGENT DE POLICE JUDICIAIRE en résidence DSPAP PARIS
---- Nous trouvant au service,
--- Poursuivant l'exécution des instructions contenues dans le soit-transmis en date
du 01/10/2021 de Monsieur x, PROCUREUR DE LA REPUBLIQUE près le TGI
PARIS, ---
--- Poursuivant l'enquête en la forme préliminaire,
--- Vu les articles 75 et suivants du Code de procédure pénale, ---

---Sommes contacté téléphoniquement par Monsieur D'ESPALUNGUE D'ARROS,
téléphone 06.79.52.74.41---
---Celui-ci nous informe qu'il ne pourra venir à la convocation, celui-ci se trouvant à
cette date à Marseilles.---
---Lui demandons ses disponibilités.---
---Confirmons avec lui d'un nouveau rendez-vous le 18/11/2021 à 10H00 au 4 rue
du Bouquet de Longchamp à Paris 16---
---Mettons fin à la conversation.---
---Dont acte.---

L'APJ

2021/0079271179

REPUBLIQUE FRANCAISE
MINISTERE DE L'INTERIEUR, DE L'OUTRE-MER'ET
DES COLLECTIVITES TERRITORIALES
DIRECTION GENERALE DE LA POLICE NATIONALE
PREFECTURE DE POLICE DE PARIS
--------

CSP DU 16EME
ARRONDISSEMENT DE PARIS
DTSP75
62, AVENUE MOZART
75016 PARIS
Tel : 3430
Fax : 01 42 26 90 62
Code INSEE : 75116351

P. V. : n°2021/015298
----------------
AFFAIRE :
C/EDOUARD D'ESPALUNGUE
D'ARROS

ORDONNANCE PENALE

OBJET :
CARENCE CONVOCATION

# PROCES-VERBAL

### PV n° 01803/2021/015298

L'an deux mil vingt et un,
Le dix-huit novembre, à quatorze heures quarante sept

Nous, THIERRY LEFEBVRE
GARDIEN DE LA PAIX
En fonction PARIS 16

AGENT DE POLICE JUDICIAIRE en résidence DSPAP PARIS
--- Nous trouvant au service,
--- Poursuivant l'exécution des instructions contenues dans le soit-transmis en date
du 01/10/2021 de Monsieur x, PROCUREUR DE LA REPUBLIQUE près le TGI
PARIS, ---
--- Poursuivant l'enquête en la forme préliminaire,
--- Vu les articles 75 et suivants du Code de procédure pénale, ---

--- Mentionnons que Monsieur D'ESPALUNGUE D'ARROS ne s'est pas présenté à
la convocation de ce jour prévue à 10H00, ---
--- Qu'il n'a donné aucune justification à cette absence.---
--- Dont mention.---

L'APJ

2021/0079271179

## PROCES-VERBAL DE CONVOCATION
## EN VUE D'UNE REMISE D'ACTE

**Le dix neuf janvier deux mille vingt deux**
Nous, Thierry LEFEBVRE,
Gardien de la Paix, Agent de police judiciaire
En résidence à Paris
Tel : 01.53.71.62.96

Vu l'enquête diligentée sous le n° de procès-verbal 2021/15298
**Avisons Monsieur D'ESPALUNGUE D'ARROS EDOUARD**
Demeurant 65 Avenue Marceau à Paris 16

Et qu'elle est convoquée

**<u>Le 01/02/2022 à 15h00</u>**
**<u>Au 4 rue du Bouquet de Longchamp à Paris 16</u>**
Pour être entendue librement (sans garde à vue) sur ces faits.

L'agent de police judiciaire

---

**Informations importantes :**

- Cette **convocation** présente un caractère **obligatoire**. Conformément à l'article 78 du code de procédure pénale, l'officier de police judiciaire peut contraindre à comparaître par la force publique, avec l'autorisation préalable du procureur de la République, les personnes qui n'ont pas répondu à une convocation à comparaître ou dont on peut craindre qu'elles ne répondent pas à une telle convocation.

REPUBLIQUE FRANCAISE
MINISTERE DE L'INTERIEUR, DE L'OUTRE-MER ET
DES COLLECTIVITES TERRITORIALES
DIRECTION GENERALE DE LA POLICE NATIONALE
PREFECTURE DE POLICE DE PARIS

———

CSP DU 16EME
ARRONDISSEMENT DE PARIS
DTSP75
62, AVENUE MOZART
75016 PARIS
Tel : 3430
Fax : 01 42 26 90 62
Code INSEE : 75116351

P. V. : n°2021/015298
------------------
**AFFAIRE :**
C/EDOUARD D'ESPALUNGUE
D'ARROS

**ORDONNANCE PENALE**

**OBJET :**
CARENCE A CONVOCATION

# PROCES-VERBAL
## PV n° 01803/2021/015298

L'an deux mil vingt deux,
Le premier février, à dix-sept heures

Nous, THIERRY LEFEBVRE
GARDIEN DE LA PAIX
En fonction PARIS 16

AGENT DE POLICE JUDICIAIRE en résidence DSPAP PARIS
--- Nous trouvant au service,
--- Poursuivant l'exécution des instructions contenues dans le soit-transmis en date
du 01/10/2021 de Monsieur x, PROCUREUR DE LA REPUBLIQUE près le TGI
PARIS, ---
--- Poursuivant l'enquête en la forme préliminaire,
--- Vu les articles 75 et suivants du Code de procédure pénale, ---

--- Mentionnons que Monsieur D'ESPALUNGUE D'ARROS EDOUARD ne s'est pas
présenté à la convocation de ce jour prévue à 17h00, ---
--- Qu'il n'a donné aucune justification à cette absence.---
--- Dont mention.---

L'APJ

2021/0079271179

REPUBLIQUE FRANCAISE
MINISTERE DE L'INTERIEUR, DE L'OUTRE-MER ET
DES COLLECTIVITES TERRITORIALES
DIRECTION GENERALE DE LA POLICE NATIONALE
PREFECTURE DE POLICE DE PARIS
--------

CSP DU 16EME
ARRONDISSEMENT DE PARIS
DTSP75
62, AVENUE MOZART
75016 PARIS
Tel : 3430
Fax : 01 42 26 90 62
Code INSEE : 75116351

**P. V. : n°2021/015298**
----------------

**AFFAIRE :**
**C/EDOUARD D'ESPALUNGUE**
**D'ARROS**

**ORDONNANCE PENALE**

**OBJET :**
**CLOTURE**

# PROCES-VERBAL

L'an deux mil vingt deux,
Le trois février, à dix heures cinquante quatre

Nous, THIERRY LEFEBVRE
GARDIEN DE LA PAIX
En fonction PARIS 16

AGENT DE POLICE JUDICIAIRE en résidence DSPAP PARIS
--- Nous trouvant au service,
--- Agissant en exécution des instructions contenues dans le soit-transmis en date du 01/10/2021 de Monsieur x, PROCUREUR DE LA REPUBLIQUE près le TGI PARIS,
---
--- Agissant en matière d'enquête préliminaire,
--- Vu les articles 75 et suivants du Code de procédure pénale, ---

--- Mentionnons clôturer la présente procédure pour être transmise à Monsieur le Procureur de la République parquet de Paris
--- Dont acte.

L' AGENT DE POLICE JUDICIAIRE

**CLOTURE ET TRANSMISSION**

--- Dont procès-verbal clos ce jour, 03 février 2022, pour être transmis à Monsieur le Procureur de la République parquet de Paris ---

LE COMMISSAIRE DE POLICE

PICKAERT Claude

2021/0079271179

Case 6:21-cv-00430-DCJ-CBW Document 12-2 Filed 07/06/22 Page 14 of 27 PageID #: 53

RÉPUBLIQUE FRANÇAISE
MINISTERE DE L'INTERIEUR, DE L'OUTRE-MER ET
DES COLLECTIVITES TERRITORIALES
DIRECTION GENERALE DE LA POLICE NATIONALE
PREFECTURE DE POLICE DE PARIS

# PROCES-VERBAL

### PV n° 01803/2021/015298

CSP DU 16EME
ARRONDISSEMENT DE PARIS
DTSP75
62, AVENUE MOZART
75016 PARIS
Tel : 3430
Fax : 01 42 26 90 62
Code INSEE : 75116351

**P. V. : n°2021/015298**
------------------
**AFFAIRE :**
**C/EDOUARD D'ESPALUNGUE**
**D'ARROS**

**ORDONNANCE PENALE**

**OBJET :**
**SAISINE**

L'an deux mil vingt et un,
Le onze octobre, à neuf heures quarante et une

Nous, THIERRY LEFEBVRE
GARDIEN DE LA PAIX
En fonction PARIS 16

AGENT DE POLICE JUDICIAIRE en résidence DSPAP PARIS
--- Nous trouvant au service,
--- Poursuivant l'exécution des instructions contenues dans le soit-transmis en date
du 01/10/2021 de Monsieur x, PROCUREUR DE LA REPUBLIQUE près le TGI
PARIS, ---
--- Poursuivant l'enquête en la forme préliminaire,
--- Vu les articles 75 et suivants du Code de procédure pénale, ---

---Sommes destinataire d'un soit-transmis référencé ci-dessus---
---Disons que l'ensemble des actes réalisés au cours de l'enquête seront placés à
la suite du présent qui en constitue la saisine.---
---Dont acte.---

L'APJ

2021/0079271179

## PROCES-VERBAL DE CONVOCATION
## EN VUE D'UNE REMISE D'ACTE

**Le onze octobre deux mille vingt et un**
Nous, Thierry LEFEBVRE,
Gardien de la Paix, Agent de police judiciaire
En résidence à Paris
Tel : 01.53.71.62.96

Vu l'enquête diligentée sous le n° de procès-verbal 2021/15298

**Avisons Monsieur D'ESPALUNGUE D'ARROS Edouard**
Demeurant 65 Avenue Marceau à Paris 16

Pour la remise d'une acte.

Et qu'elle est convoquée

**<u>Le 26/10/2021 à 10H00</u>**

**<u>Au 4 rue du Bouquet de Longchamp à Paris 16</u>**

Pour être entendue librement (sans garde à vue) sur ces faits.

L'agent de police judiciaire

---

**Informations importantes :**

- Cette **convocation** présente un caractère **obligatoire**. Conformément à l'article 78 du code de procédure pénale, l'officier de police judiciaire peut contraindre à comparaître par la force publique, avec l'autorisation préalable du procureur de la République, les personnes qui n'ont pas répondu à une convocation à comparaître ou dont on peut craindre qu'elles ne répondent pas à une telle convocation.

RÉPUBLIQUE FRANÇAISE
MINISTERE DE L'INTERIEUR, DE L'OUTRE-MER ET
DES COLLECTIVITES TERRITORIALES
DIRECTION GENERALE DE LA POLICE NATIONALE
PREFECTURE DE POLICE DE PARIS
——————

CSP DU 16EME
ARRONDISSEMENT DE PARIS
DTSP75
62, AVENUE MOZART
75016 PARIS
Tel : 3430
Fax : 01 42 26 90 62
Code INSEE : 75116351

**P. V. : n°2021/015298**
-----------------
**AFFAIRE :**
**C/EDOUARD D'ESPALUNGUE**
**D'ARROS**

**ORDONNANCE PENALE**

**OBJET :**
**ATTACHE TELEPHONIQUE**

# PROCES-VERBAL
## PV n° 01803/2021/015298

L'an deux mil vingt et un,
Le vingt et un octobre, à seize heures treize

Nous, THIERRY LEFEBVRE
GARDIEN DE LA PAIX
En fonction PARIS 16

AGENT DE POLICE JUDICIAIRE en résidence DSPAP PARIS
--- Nous trouvant au service,
--- Poursuivant l'exécution des instructions contenues dans le soit-transmis en date
du 01/10/2021 de Monsieur x, PROCUREUR DE LA REPUBLIQUE près le TGI
PARIS, ---
--- Poursuivant l'enquête en la forme préliminaire,
--- Vu les articles 75 et suivants du Code de procédure pénale, ---

---Sommes contacté téléphoniquement par Monsieur D'ESPALUNGUE D'ARROS,
téléphone 06.79.52.74.41---
----Celui-ci nous informe qu'il ne pourra venir à la convocation, celui-ci se trouvant à
cette date à Marseilles.----
---Lui demandons ses disponibilités.---
---Confirmons avec lui d'un nouveau rendez-vous le 18/11/2021 à 10H00 au 4 rue
du Bouquet de Longchamp à Paris 16---
---Mettons fin à la conversation.---
----Dont acte.---

L'APJ

2021/0079271179

REPUBLIQUE FRANCAISE
MINISTERE DE L'INTERIEUR, DE L'OUTRE-MER ET
DES COLLECTIVITES TERRITORIALES
DIRECTION GENERALE DE LA POLICE NATIONALE
PREFECTURE DE POLICE DE PARIS

--------

CSP DU 16EME
ARRONDISSEMENT DE PARIS
DTSP75
62, AVENUE MOZART
75016 PARIS
Tel : 3430
Fax : 01 42 26 90 62
Code INSEE : 75116351

P. V. : n°2021/015298

-----------------

AFFAIRE :
C/EDOUARD D'ESPALUNGUE
D'ARROS

ORDONNANCE PENALE

OBJET :
CARENCE CONVOCATION

# PROCES-VERBAL

## PV n° 01803/2021/015298

L'an deux mil vingt et un,
Le dix-huit novembre, à quatorze heures quarante sept

Nous, THIERRY LEFEBVRE
GARDIEN DE LA PAIX
En fonction PARIS 16

AGENT DE POLICE JUDICIAIRE en résidence DSPAP PARIS
--- Nous trouvant au service,
--- Poursuivant l'exécution des instructions contenues dans le soit-transmis en date
du 01/10/2021 de Monsieur x, PROCUREUR DE LA REPUBLIQUE près le TGI
PARIS, ---
--- Poursuivant l'enquête en la forme préliminaire,
--- Vu les articles 75 et suivants du Code de procédure pénale, ---

--- Mentionnons que Monsieur D'ESPALUNGUE D'ARROS ne s'est pas présenté à
la convocation de ce jour prévue à 10H00, ---
--- Qu'il n'a donné aucune justification à cette absence.---
--- Dont mention.---

L'APJ

2021/0079271179

## PROCES-VERBAL DE CONVOCATION
## EN VUE D'UNE REMISE D'ACTE

**Le dix neuf janvier deux mille vingt deux**
Nous, Thierry LEFEBVRE,
Gardien de la Paix, Agent de police judiciaire
En résidence à Paris
Tel : 01.53.71.62.96

Vu l'enquête diligentée sous le n° de procès-verbal 2021/15298
**Avisons Monsieur D'ESPALUNGUE D'ARROS EDOUARD**
Demeurant 65 Avenue Marceau à Paris 16

Et qu'elle est convoquée

**Le 01/02/2022 à 15h00**
**Au 4 rue du Bouquet de Longchamp à Paris 16**
Pour être entendue librement (sans garde à vue) sur ces faits.

L'agent de police judiciaire

---

**Informations importantes :**

- Cette **convocation** présente un caractère **obligatoire**. Conformément à l'article 78 du code de procédure pénale, l'officier de police judiciaire peut contraindre à comparaître par la force publique, avec l'autorisation préalable du procureur de la République, les personnes qui n'ont pas répondu à une convocation à comparaître ou dont on peut craindre qu'elles ne répondent pas à une telle convocation.

**REPUBLIQUE FRANCAISE**
**MINISTERE DE L'INTERIEUR, DE L'OUTRE-MER ET**
**DES COLLECTIVITES TERRITORIALES**
**DIRECTION GENERALE DE LA POLICE NATIONALE**
**PREFECTURE DE POLICE DE PARIS**
------

CSP DU 16EME
ARRONDISSEMENT DE PARIS
DTSP75
62, AVENUE MOZART
75016 PARIS
Tel : 3430
Fax : 01 42 26 90 62
Code INSEE : 75116351

**P. V. : n°2021/015298**
----------------

**AFFAIRE :**
**C/EDOUARD D'ESPALUNGUE**
**D'ARROS**

**ORDONNANCE PENALE**

**OBJET :**
**CARENCE A CONVOCATION**

# PROCES-VERBAL

### PV n° 01803/2021/015298

L'an deux mil vingt deux,
Le premier février, à dix-sept heures

Nous, THIERRY LEFEBVRE
GARDIEN DE LA PAIX
En fonction PARIS 16

AGENT DE POLICE JUDICIAIRE en résidence DSPAP PARIS

--- Nous trouvant au service,
--- Poursuivant l'exécution des instructions contenues dans le soit-transmis en date
du 01/10/2021 de Monsieur x, PROCUREUR DE LA REPUBLIQUE près le TGI
PARIS, ---
--- Poursuivant l'enquête en la forme préliminaire,
--- Vu les articles 75 et suivants du Code de procédure pénale, ---

--- Mentionnons que Monsieur D'ESPALUNGUE D'ARROS EDOUARD ne s'est pas
présenté à la convocation de ce jour prévue à 17h00, ---
--- Qu'il n'a donné aucune justification à cette absence.---
--- Dont mention.---

L'APJ

REPUBLIQUE FRANCAISE
MINISTERE DE L'INTERIEUR, DE L'OUTRE-MER ET
DES COLLECTIVITES TERRITORIALES
DIRECTION GENERALE DE LA POLICE NATIONALE
PREFECTURE DE POLICE DE PARIS

# PROCES-VERBAL

CSP DU 16EME
ARRONDISSEMENT DE PARIS
DTSP75
62, AVENUE MOZART
75016 PARIS
Tel : 3430
Fax : 01 42 26 90 62
Code INSEE : 75116351

**P. V. : n°2021/015298**
----------------
**AFFAIRE :**
**C/EDOUARD D'ESPALUNGUE**
**D'ARROS**

**ORDONNANCE PENALE**

**OBJET :**
**CLOTURE**

L'an deux mil vingt deux,
Le trois février, à dix heures cinquante quatre

Nous, THIERRY LEFEBVRE
GARDIEN DE LA PAIX
En fonction PARIS 16

AGENT DE POLICE JUDICIAIRE en résidence DSPAP PARIS
--- Nous trouvant au service,
--- Agissant en exécution des instructions contenues dans le soit-transmis en date du
01/10/2021 de Monsieur x, PROCUREUR DE LA REPUBLIQUE près le TGI PARIS,
---
--- Agissant en matière d'enquête préliminaire,
--- Vu les articles 75 et suivants du Code de procédure pénale, ---

--- Mentionnons clôturer la présente procédure pour être transmise à Monsieur le
Procureur de la République parquet de Paris
--- Dont acte.

L' AGENT DE POLICE JUDICIAIRE

**CLOTURE ET TRANSMISSION**

--- Dont procès-verbal clos ce jour, 03 février 2022, pour être transmis à Monsieur le
Procureur de la République parquet de Paris ---

LE COMMISSAIRE DE POLICE



PICKAERT Claude

2021/0079271179



*IMPORTANT*

*Veuillez agrafer cette fiche en première page de procédure après exécution, pour classement informatique au*
*Unité du Courrier DSPAP*

*Merci*

N° *21 99*                    Date *01/10/21*

Nature de l'affaire    *E I*        SECRETARIAT JUDICIAIRE
                                    et de SYNTHESE de PARIS XVIᵉ
                                    N° ENREGISTREMENT : *202 48*
Objet  Enq (Aud  Autres            ARRIVÉE :            *15 258*
                                   ÉP DT :
Provenance    *75*      Service  *A1*

Service saisi    *16*

Victime ⟨ Mise en cause    Témoin    Personne    Sté

*D'ESPALUNGUE D'ARROS*

**D S P A P**

05 OCT. 2021

Courrier N° ....................

*21/05002*

N° enregistrement

**MINISTÈRE
DE LA JUSTICE**

*Liberté
Égalité
Fraternité*

COUR D'APPEL DE PARIS

TRIBUNAL JUDICIAIRE DE PARIS

PARQUET DU TRIBUNAL JUDICIAIRE
6ᵉᵐᵉ DIVISION
SECTION A2 · 22ᵉᵐᵉ étage
Exécution des peines
Entraide Pénale Internationale
Actes Judiciaires
01 44 32 61 60

**SOIT TRANSMIS**

à

**DSPAP** 16 ·

N° Borderau : 2021/480.
(à rappeler dans toute correspondance)

Concerne : D'ESPALUNGUE D'ARROS Edouard

Autorité requérante : ÉTATS-UNIS d'AMÉRIQUE

## AUX FINS DEMANDÉES

Et en ayant l'honneur de le prier de bien vouloir :

- procéder à l'audition

- s'il s'agit de la remise d'un acte ou d'une notification, (même en l'absence de traduction), établir un récépissé détaillé

Merci de bien vouloir procéder à la notification indépendamment des délais ou de la date de comparution, quand bien même ils paraîtraient dépassés :

- si l'exécution se trouve retardée pour un motif quelconque, établir une note d'attente précisant les références et les motifs de retard.

- bien vouloir mentionner le nom et l'adresse de l'autorité requérante

- Si adresse inconnue, recherche par le Fichier national des permis de conduire

- me faire retour de vos diligences à la SECTION A2, Bureau des Actes Judiciaires

- en cas de vaines recherches (*inconnu/NPAI/non déférement*), retourner à la SECTION A2, Bureau des Actes Judiciaires, la procédure accompagnée du procès-verbal de carence.

Retour souhaité : 2 mois

Paris, le 1er octobre 2021
P/ La procureure de la République

**MINISTÈRE
DE LA JUSTICE**
*Liberté
Égalité
Fraternité*

**Direction des affaires civiles
et du sceau**

Paris, le 13-09-2021

Département de l'entraide, du droit international privé
et européen

LE GARDE DES SCEAUX, MINISTRE DE LA JUSTICE
À
Monsieur le procureur de la République
Tribunal de Paris
Service Civil du Parquet
Tribunal Judiciaire de Paris
Section A2
Bureau des actes judiciaires - I.22.10
Parvis du tribunal de Paris
75859 PARIS Cedex 17

Dossier suivi par : JM

**Référence à rappeler :**
**5187TR2021/ETATS-UNIS D'AMERIQUE**
**République des Etats-Unis-Foss Baker, Attorney du 20.07.21**
**N°.6:21-CV-00430-MJJ-CBW-citation-tribunal de district des**
**USA district Ouest de la Louisiane**
**Destinataire : Monsieur Edouard D'ESPALUNGUE D'ARROS**
Domicilié : 65, AVENUE MARCEAU
75116 PARIS

*VU ET REÇU*
*Le 16 SEP. 2021*
*le substitut délégué*

21.08.    006285

**Objet :** Transmission d'acte sur le fondement de la Convention de La Haye du 15 novembre 1965 *relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciaires en matière civile et commerciale*

Texte de référence : - Art. 688-1 et suivants du Code de procédure civile

En application de la Convention de la haye du 15 novembre 1965, je vous prie de bien vouloir trouver ci-joint une demande de notification d'un acte judiciaire ou extra-judiciaire pour un destinataire demeurant en France.

Je vous remercie de bien vouloir procéder, par simple remise, à cette demande conformément aux règles rappelées ci-après et dans les meilleurs délais.

☞ La notification s'effectue par **remise manuelle de l'acte**.

☞ La notification ne peut **pas être effectuée par un huissier de justice**.

☞ La notification doit être faite, **indépendamment des délais ou de la date de comparution mentionnés dans l'acte**, quand bien même ils paraîtraient dépassés.

☞ Lorsque la notification est effectuée par les services de la Police nationale ou de la Gendarmerie nationale, il n'y a pas lieu de procéder à l'audition de la personne à qui l'acte est remis. Il convient de préférence **de remplir l'attestation ci-jointe (Annexe 1)** qui doit constater et énoncer les diligences accomplies au moment de la remise. A défaut, un procès-verbal de remise de l'acte peut également être établi. Seuls les articles 688-1 et suivants du code de procédure civile pourront alors être visés.

☞ Préalablement à la remise, le destinataire de l'acte **doit être informé de son droit à la refuser**, notamment dans le cas où l'acte est dans une langue qu'il ne connaît pas (article 688-6 du code de procédure civile). Mention est faite de l'avertissement ainsi donné dans l'attestation et dans le récépissé qui lui est remis.

☞ Un récépissé attestant de la date et des conditions de la remise doit être **remis au destinataire**. Un modèle de récépissé est joint à la présente transmission (Annexe 2).

☞ Il appartiendra ensuite au **Procureur de la République** de renseigner l'attestation prévue à l'article 6 de la Convention ( **Annexe 3**) et de la retourner directement à l'autorité requérante étrangère dont l'adresse figure sur le formulaire de demande.

Cachet du Ministère de la Justice

.../...

**ANNEXE 1**

## ATTESTATION DE REMISE OU DE NON REMISE DE L'ACTE
**(A RETOURNER A L'AUTORITÉ REQUÉRANTE)**
(art. 688-7 du code de procédure civile)

**1 – Autorité de remise de l'acte :**

............................................................................................
............................................................................................
............................................................................................
............................................................................................

**2 – Accomplissement de la notification :**

**A – Mode de remise de l'acte :**

............................................................................................

**B– Date de remise de l'acte :**

............................................................................................

**C– Identité et qualité de la personne à qui a été remis l'acte**

............................................................................................

**D– Pièces jointes attestant de la remise de l'acte :**

............................................................................................

**3 – Refus de la notification :**

• Le destinataire a refusé d'accepter l'acte en application de l'article 688-6 du code de procédure civile

**4 – Non-accomplissement de la notification**

**A – Motif du non-accomplissement de la notification de l'acte :**

............................................................................................

**B– Le cas échéant, documents annexes :**

............................................................................................

**Fait à :**
**Signature de l'autorité de remise de l'acte :**

**ANNEXE 2**

### RÉCÉPISSÉ DE REMISE D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE EN PROVENANCE DE L'ETRANGER
**(A REMETTRE AU DESTINATAIRE DE L'ACTE)**
(art. 688-3 et 688-6 du code de procédure civile)

1. Service remettant :

......................................................................................................................................................
......................................................................................................................................................
......................................................................................................................................................
...........................................................................................................

2. Date de remise de l'acte :

......................................................................................................................................................

3. Intitulé de l'acte :

......................................................................................................................................................

4. Acte en provenance de (Etat de provenance) :

......................................................................................................................................................

5. Le présent récépissé est remis à (identité et adresse du destinataire de l'acte) :

......................................................................................................................................................
......................................................................................................................................................
...........................................................................................................

Qui a été informé préalablement à la remise de son droit de refuser la notification de l'acte s'il n'en connaît pas la langue, et demander que celui-ci soit traduit ou accompagné d'une traduction en langue française, à la diligence et aux frais de la partie requérante (688-6 du code de procédure civile).

Lecture faite,

Signature du destinataire :


Signature du service remettant :

Case 6:21-cv-00430-DCJ-CBW   Document 19   Filed 09/26/22   Page 39 of 40 PageID #: 129
Case 6:21-cv-00430-DCJ-CBW   Document 12-2   Filed 07/06/22   Page 27 of 27 PageID #: 66
ANNEXE 3

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served\***
que la demande a été exécutée\*

| — the (date) / le (date): | |
| --- | --- |
| — at (place, street, number): à (localité, rue, numéro) : | |

| — in one of the following methods authorised by Article 5: dans une des formes suivantes prévues à l'article 5 : | | |
| --- | --- | --- |
| ☐ | *a)* | **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention\*** selon les formes légales (article 5, alinéa premier, lettre a))\* |
| ☐ | *b)* | **in accordance with the following particular method\*:** selon la forme particulière suivante\* : |
| ☐ | *c)* | **by delivery to the addressee, if he accepts it voluntarily\*** par remise simple\* |

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| **Identity and description of person:** Identité et qualité de la personne : | |
| --- | --- |
| **Relationship to the addressee (family, business or other):** Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☐ **2. that the document has not been served, by reason of the following facts\*:**
que la demande n'a pas été exécutée, en raison des faits suivants\*:

| |
| --- |
| |

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.

*Annexes / Annexes*

| **Documents returned:** Pièces renvoyées : | |
| --- | --- |
| **In appropriate cases, documents establishing the service:** Le cas échéant, les documents justificatifs de l'exécution : | |

\* if appropriate / s'il y a lieu

| **Done at / Fait à** | **Signature and/or stamp** Signature et / ou cachet |
| --- | --- |
| **The / le** | |

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

JANE DOE, ET AL

VERSUS

EDOUARD d'ESPALUNGUE
d'ARROS

CIVIL DOCKET NO. 6:21-CV-00430

JUDGE DAVID C. JOSEPH

MAGISTRATE JUDGE CAROL B.
WHITEHURST

### ORDER

Considering the MOTION FOR EVIDENTIARY HEARING REGARDING ENTRY OF JUDGMENT OF DEFAULT [Doc. 14], and considering that the Clerk of Court issued NOTICE OF ENTRY OF DEFAULT against Defendant on July 6, 2022 [Doc. 13],

**IT IS HEREBY ORDERED** that Plaintiffs' MOTION FOR EVIDENTIARY HEARING [Doc. 14] pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure is **GRANTED**.

**IT IS FURTHER ORDERED** that an evidentiary hearing be set for **12th day of October, 2022 at 9:00 a.m.** before Judge David C. Joseph in Lafayette, LA, Courtroom 2.

**THUS, DONE AND SIGNED** in chambers on the 14th day of July 2022 in Lafayette, Louisiana.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE