

## NOTICE FROM U.S. DISTRICT COURT - WESTERN DISTRICT OF LOUISIANA

Edouard d'Espalungue d'Arros
c/o Phillipe Arnaud D Espaulunge D Arros
65 Avenue Marceau
Ile de France
75116 Paris,
France

Case: 6:21-cv-00430 #22
3 pages printed: Thu, 13 Oct 2022 13:01:02

### YOU COULD RECEIVE THIS NOTICE AS SOON AS IT IS ENTERED INTO THE COURT'S RECORD

The Clerk now provides E-mail notice of entry of all documents filed in our court. This includes pleadings filed by your opposing counsel as well as ruling, orders and judgments of the court.

This E-mail Notice of Filing allows you to view the actual document immediately after it is entered into the court's record. You can then print or save a copy of the document on your computer. The full Notice of Electronic Filing can be accessed on the electronic docket sheet.

To sign up for this valuable service or to find out more information, please visit our website at www.lawd.uscourts.gov. Please note that you must consent to receive E-mail notification via our online sign-up form. A written request to the Clerk is not an acceptable form of registration.

You can also provide additional E-mail addresses when you sign up. This will be particularly useful if you want a staff member to assist you with monitoring the filings in your cases.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JANE DOE ET AL** | **CASE NO. 6:21-CV-00430** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **EDOUARD d'ESPALUNGUE d'ARROS** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**MINUTES OF COURT:**
**Evidentiary Hearing-Day 2**

| | | | |
|---|---|---|---|
| Date: | Oct. 13, 2022 | Presiding: | Judge David C. Joseph |
| Court Opened: | 9:00 AM | Courtroom Deputy: | Lisa LaCombe |
| Court Adjourned: | 11:00 AM | Court Reporter: | Cathleen Marquardt |
| Statistical Time: | 2:00 | Courtroom: | Courtroom 1 |

**APPEARANCES**

| | | |
|---|---|---|
| Mildred E. Methvin | For | Jane Doe, Plaintiff |
| Elwood Clement Stevens, Jr. | For | Jane Doe, Plaintiff |
| Jane Doe, Plaintiff | | |

**PROCEEDINGS**

Case called for Evidentiary Hearing, day 2.

Evidence and testimony concluded by Plaintiff.

The Court ordered Plaintiff to submit a Proposed Finding of Fact and Conclusions of Law on or before November 30, 2022.

The Court took the matter under advisement.

## U.S. District Court

## Western District of Louisiana

**Notice of Electronic Filing**

The following transaction was entered on 10/13/2022 at 12:43 PM CDT and filed on 10/13/2022

| | |
|---|---|
| **Case Name:** | Doe et al v. d'Espalungue d'Arros |
| **Case Number:** | 6:21-cv-00430-DCJ-CBW |
| **Filer:** | |
| **Document Number:** | 22 |

**Docket Text:**
**MINUTES for proceedings held before Judge David C Joseph: EVIDENTIARY HEARING - Day 2 held on 10/13/2022. Evidence and testimony concluded by Plaintiff. The Court ordered Plaintiff to submit a proposed Finding of Fact and Conclusions of Law on or before November 30, 2022. The Court took the matter under advisement. (Court Reporter: Cathleen E Marquardt) (crt,LaCombe, L)**