

## NOTICE FROM U.S. DISTRICT COURT - WESTERN DISTRICT OF LOUISIANA

Edouard d'Espalungue d'Arros
c/o Phillipe Arnaud D Espaulunge D Arros
65 Avenue Marceau
Ile de France
75116 Paris,
France

---

Case: 6:21-cv-00430 #26
2 pages printed: Wed, 23 Nov 2022 11:21:45

---

### YOU COULD RECEIVE THIS NOTICE AS SOON AS IT IS ENTERED INTO THE COURT'S RECORD

The Clerk now provides E-mail notice of entry of all documents filed in our court. This includes pleadings filed by your opposing counsel as well as ruling, orders and judgments of the court.

This E-mail Notice of Filing allows you to view the actual document immediately after it is entered into the court's record. You can then print or save a copy of the document on your computer. The full Notice of Electronic Filing can be accessed on the electronic docket sheet.

To sign up for this valuable service or to find out more information, please visit our website at www.lawd.uscourts.gov. Please note that you must consent to receive E-mail notification via our online sign-up form. A written request to the Clerk is not an acceptable form of registration.

You can also provide additional E-mail addresses when you sign up. This will be particularly useful if you want a staff member to assist you with monitoring the filings in your cases.

U.S. District Court

Western District of Louisiana

Notice of Electronic Filing

The following transaction was entered on 11/23/2022 at 11:13 AM CST and filed on 11/23/2022

**Case Name:** Doe et al v. d'Espalungue d'Arros

**Case Number:** 6:21-cv-00430-DCJ-CBW

**Filer:**

**Document Number:** 26(No document attached)

Docket Text:
**ELECTRONIC MINUTE ENTRY: At the request of Plaintiff's counsel, the deadline for submission of proposed Findings of Fact and Conclusions of Law is extended until on or before December 30, 2022. Signed by Judge David C Joseph on 11/23/2022. (crt,LaCombe, L)**