# Notebook
*The blanks represent words that are illegible due to the handwriting.

Images 0085-0099: class notes

Image 0100: photo of black notebook on a table and a gloved hand

### Image 0101
I caress, I ___ the juicy ass of [redacted] before confessing at the church, she protests, amused by my sudden movements. I smile at her and tell her, to provoke her= "Love your juicy ass ___." She sighs. She knows me. I am a good Catholic but for sex, I am loyal to my DNA, a noble one who allows him to penetrates whom he wants, when he wants, where yes he wants. We arrive. We put down our bags. I begin to kiss [redacted] in church but she turns away, I hold her to the parapets writers to control her, two guys arrive behind us. I release her, a bit confused. I love that my sexual (fulgurances?) stay private, invisible from the public. When, in life the street, I grab her breasts or her butt hips, I always wake sure before there is anyone in front or behind. We then sit down in the big name tags room. We put on our best manners and we go in the direction of our respective groups. The ambiance was "good child," non-formal some students play ping pong, some others were sitting on things

"You are good, good, good," "You are never gonna never, never gonna let me down." a song from worship from Saturday.

made of rope. Some pizzas (Domino's) are distributed as well as some glasses of water. This is good under the auspices that begins our retreat. I take advantage of this to vanish while others are eating to go shave my beard in the bathroom. Most of the students are between 18 and 20 years old. A beard is not really good if one wants to socialize without hindrances. Departure two hours later in the school bus. These famous yellow busses which serve the schools of different neighborhoods of the city. I ___ ___ the time ___ ___ ___ ___ ___, music, setting sun. It is ___

### Image 0102: duplicate

### Image 0103/Pages marked 2 and "Spiritual Impressions ___"
to hide her wavy hair. ___. It is the quasi ___ bus of our Americans of these damned of the Earth that the financial system ___ has rejected, to whom one doesn't keep from renting a car without credit card, without great paths here, in Louisiana. We are two white people in a bus of 50 seats. ___ at UL without problem ___ 20 mm leaving the bus station. The ___ is, as usual, leaving without problem. Poverty does not engender cruelty, nor violence, nor theft, nor bad behaviors. ___ ___ justified societal problems or ___ because of poverty. If you are

P32-001

**Image 0106 & 0107: duplicates**

**Image 0108: page on left numbered 18; page on right numbered what looks like a 9 or a g**
(page numbered 18)
it ~~This~~ is felt immediately when a girl is interested in you: her eyes glimmer, she asks you often, and only you, questions without significance and she smiles, laughs at the ~~craziness~~ end of your sentences all. She is good but she ~~takes~~ is part of these traditional catholics ~~conversations~~ that one is not supposed to ~~be~~ fuck with on the lapse time of an evening ~~angry but to pass away the time~~. She has a rather open demeanor and talks about her ex. I will be surprised if she is still a virgin. She has a few __?__ like ▓▓▓▓ These ~~hips~~ glutes are well game are perfectly indicated for anal. My Madeleine. Return from the walk. She invites me to Cajun dance ~~carefully~~ tonight with her. Why not. I participate then in an hour of man up training organized by the two priests or how to step up your game with girls and being true alpha males. These ideas of alpha and beta males can make one smile by the simplicity but they cover some profound truths regarding relationships and what women

(page marked 9 or g)
Coming after mass is a presentation on chastity that I will gladly miss for a one-hour ~~party~~ nap before lunch, __ there still, students from UL are better off than the ones from LSU. On the menu: complete salad with chicken croissant, brownie, and sodas. I get more, obviously, a second time. There is another hour with the chaste ones of God, with whom I have much pleasure in changing. Each time that, I speak, they listen silently and agree with all my words. My suggestions make sense, it is simply experience talking. I leave them for a walk with a girl, ▓▓▓▓ who wanted absolutely that I walk with her and with a guy, ▓▓▓ tall, blond, rather athletic blue eyes; the nice American from teen movies of my childhood. I feel the attraction that she feels for me. This is bizarre,

**Images 0109 & 0110: duplicates**

**Image 0111: pages numbered 5 and 6**
(page numbered 5)
6:05 pm and here we are leaving for "Tall Timbers," a magnificent complex of 8 buildings grouped near a lake and having a pool, a large play room of ____, a forest with paths for pedestrians and a volleyball court. What do the Catholics want? Idyllic conditions for a retreat which ____ joyous and studious: they give you programs and it appears that our days are filled from 8am to 10pm and ____ until 2pm on Sunday. Once arrived to the campgrounds, the guys are separated from the girls and are invited to go back to their buildings, I go ___ a ___ to find a bed superimposed in a big white room, ___ well air conditioned, clean and which has about 30 bunk beds. Multiple showers and toilets are available. It is almost the comfort of a ___ hotel.

P32-002