

21-CV-0430
RECEIVED

MAR 15 2023

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

Ret doc
#30

CLERK, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
TOM STAGG UNITED STATES COURT HOUSE
300 FANNIN ST., SUITE 1167
SHREVEPORT, LOUISIANA 71101-3083

OFFICIAL BUSINESS

X-RAYED

SHREVEPORT LA 710
23 JAN 2023 PM 2

UNITED STATES POSTAGE
$ 000.57⁰
JAN 23 2023
MAILED FROM ZIP CODE 71101

Restitution de l'information à l'expéditeur
La Poste a tout mis en œuvre pour distribuer ce pli.
Celui-ci vous est cependant retourné pour la raison suivante:
La Poste has made every effort to deliver this item.
However, we are returning it for the following reason:

☐ Défaut d'accès ou d'adressage
   Address illegible / inaccessible
☒ Destinataire inconnu à l'adresse
   Addressee unknown at marked address
☐ Pli refusé par le destinataire
   Delivery refused by addressee
☐ Pli avisé et non réclamé
   Unclaimed recorded delivery

# NOTICE FROM U.S. DISTRICT COURT - WESTERN DISTRICT OF LOUISIANA

Edouard d'Espalungue d'Arros
c/o Phillipe Arnaud D Espaulunge D Arros
65 Avenue Marceau
Ile de France
75116 Paris,
France

Case: 6:21-cv-00430 #30
2 pages printed: Fri, 20 Jan 2023 18:41:02

## YOU COULD RECEIVE THIS NOTICE AS SOON AS
## IT IS ENTERED INTO THE COURT'S RECORD

The Clerk now provides E-mail notice of entry of all documents filed in our court. This includes pleadings filed by your opposing counsel as well as ruling, orders and judgments of the court.

This E-mail Notice of Filing allows you to view the actual document immediately after it is entered into the court's record. You can then print or save a copy of the document on your computer. The full Notice of Electronic Filing can be accessed on the electronic docket sheet.

To sign up for this valuable service or to find out more information, please visit our website at www.lawd.uscourts.gov. Please note that you must consent to receive E-mail notification via our online sign-up form. A written request to the Clerk is not an acceptable form of registration.

You can also provide additional E-mail addresses when you sign up. This will be particularly useful if you want a staff member to assist you with monitoring the filings in your cases.

U.S. District Court

Western District of Louisiana

**Notice of Electronic Filing**

The following transaction was entered on 1/20/2023 at 6:35 PM CST and filed on 1/20/2023

| | |
|---|---|
| **Case Name:** | Doe et al v. d'Espalungue d'Arros |
| **Case Number:** | 6:21-cv-00430-DCJ-CBW |
| **Filer:** | |
| **Document Number:** | 30(No document attached) |

**Docket Text:**
**ELECTRONIC MINUTE ENTRY: At the request of Plaintiff's counsel, the deadline for submission of proposed Findings of Fact and Conclusions of Law is extended until on or before 2/21/2023. Signed by Judge David C Joseph on 1/20/2023.** (crt,LaCombe, L)