# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **JANE DOE, ET AL** | **CIVIL DOCKET NO. 6:21-CV-0430** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **EDOUARD d'ESPALUNGUE d'ARROS** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## ORDER

Before the Court is Plaintiffs' SECOND MOTION FOR LEAVE OF COURT TO SUPPLEMENT RECORD (the 'Motion") [Doc. 45]. Plaintiffs seek to supplement the evidence submitted at the evidentiary hearing held by the Court on October 12-13, 2022. Having reviewed the proposed additional evidence, the Court grants, in part, and denies, in part, the Motion.

Finding them inherently reliable and relevant to issues pending before the Court, the Court admits "Proposed Exhibit P-33" and "Proposed Exhibit P-36" into evidence. The Court finds the remainder of the proposed exhibits both inadmissible under Federal Rule of Evidence 403 and unnecessary for the Court to make the necessary factual findings in this case.

IT IS THEREFORE ORDERED that Proposed Exhibits P-33 and P-36 be admitted into evidence in this matter.

IT IS FURTHER ORDERED that Proposed Exhibit P-34, Proposed Exhibit P-35, and Proposed Exhibit P-37 be stricken from the record and retained in this docket under seal.

THUS, DONE AND SIGNED in Chambers on the 12th day of May 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE