CLERK, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
TOM STAGG UNITED STATES COURT HOUSE
300 FANNIN ST., SUITE 1167
SHREVEPORT, LOUISIANA 71101-3083

OFFICIAL BUSINESS

UNITED STATES POSTAGE
PITNEY BOWES
$ 000.60⁰
02 1P 0000941621 MAY 03 2023
MAILED FROM ZIP CODE 71101

SHREVEPORT LA 710
3 MAY 2023 PM

Restitution de l'information à l'expéditeur
La Poste a tout mis en œuvre pour distribuer ce pli.
Celui-ci vous est cependant retourné pour la raison suivante:
La Poste has done her best to deliver this item.
However, we are returning it for the following reason:

☐ Défaut d'accès ou d'adressage
    Address illegible / inaccessible
☒ Destinataire inconnu à l'adresse
    Addressee unknown or marked address
☐ Pli refusé par le destinataire
    Delivery refused by addressee
☐ Pli avisé et non réclamé
    Unclaimed recorded delivery

LA POSTE

X-RAYED

RECEIVED
JUN 27 2023
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

21-cv-0430
#49

(retdoc.)

# NOTICE FROM U.S. DISTRICT COURT - WESTERN DISTRICT OF LOUISIANA

Edouard d'Espalungue d'Arros
c/o Phillipe Arnaud D Espaulunge D Arros
65 Avenue Marceau
Ile de France
75116 Paris,
France

Case: 6:21-cv-00430 #49
2 pages printed: Tue, 02 May 2023 17:01:40

## YOU COULD RECEIVE THIS NOTICE AS SOON AS IT IS ENTERED INTO THE COURT'S RECORD

The Clerk now provides E-mail notice of entry of all documents filed in our court. This includes pleadings filed by your opposing counsel as well as ruling, orders and judgments of the court.

This E-mail Notice of Filing allows you to view the actual document immediately after it is entered into the court's record. You can then print or save a copy of the document on your computer. The full Notice of Electronic Filing can be accessed on the electronic docket sheet.

To sign up for this valuable service or to find out more information, please visit our website at www.lawd.uscourts.gov. Please note that you must consent to receive E-mail notification via our online sign-up form. A written request to the Clerk is not an acceptable form of registration.

You can also provide additional E-mail addresses when you sign up. This will be particularly useful if you want a staff member to assist you with monitoring the filings in your cases.

U.S. District Court

Western District of Louisiana

**Notice of Electronic Filing**

The following transaction was entered on 5/2/2023 at 4:46 PM CDT and filed on 5/2/2023

| | |
|---|---|
| **Case Name:** | Doe et al v. d'Espalungue d'Arros |
| **Case Number:** | 6:21-cv-00430-DCJ-CBW |
| **Filer:** | |
| **Document Number:** | 49(No document attached) |

**Docket Text:**
**ELECTRONIC MINUTE ENTRY: At the request of Plaintiff's counsel, the deadline for submission of proposed Supplemental Findings of Fact and Conclusions of Law is extended until on or before May 5, 2023. Signed by Judge David C Joseph on 5/2/2023. (crt,LaCombe, L)**