# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JANE DOE, et al** | * | **NO. 6:21-cv-00430-DCJ-CBW** |
| **vs.** | * | **JUDGE DAVID C. JOSEPH** |
| **EDOUARD d'ESPALUNGUE d'ARROS** | * | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## PLAINTIFFS' MOTION TO EXTEND TIME TO APPEAL MAGISTRATE JUDGE'S ORDERS

NOW INTO COURT, through their undersigned counsel, come Plaintiffs, who respectfully show that they intend to appeal Memorandum Orders (R. Doc. 62 and 63) dated August 14 and August 17, 2023, in order to address certain factual and legal issues which were not addressed and conclusions which are contrary to law or based on erroneous factual assumptions.

Movers suggest that an extension of 14 days from today's date is needed to afford them sufficient time to fully analyze the referenced orders and to file their written statement of appeal, basis for objections, and written memorandum in support as required by LR74.1.

Movers further show that a Certificate of No Opposition to this request in compliance with LR7.9 is not possible due to the fact that the Defendant has intentionally absconded to France and Plaintiffs have no way to contact him.

Plaintiffs respectfully request an order granting them an extension of time, up to and including September 1, 2023, within which to file their appeal from Magistrate Judge's orders.

Respectfully submitted,

**MILDRED E. METHVIN, LLC**
s/ *Mildred E. Methvin*
Mildred E. Methvin (#14619) T.A.

7414 Sardonyx St.
New Orleans, LA 70124
T: 337-501-1055
F: 888-298-0566
Email: memethvin@gmail.com

**DOMENGEAUX, WRIGHT, ROY & EDWARDS, LLC.**
s/ *Elwood C. Stevens, Jr.*
Elwood C. Stevens, Jr. (#12,459)
Jefferson Towers, Suite 500
556 Jefferson Street
Lafayette, LA 70501
T: (337) 233-3033
F: (337) 232-8213
Email: elwoods@wrightroy.com
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this pleading was sent to defendant this date via to four email addresses used in the past by Edouard d'Espalungue d'Arros (ed.eda@gmx.com; edouard.dsp@outlook.com; d98891570@gmail.com; edouarddespalungue@gmail.com) and to Pierre Hourcade, an attorney who has previously represented Mr. d'Espalungue at contact@frenchattorney.com.

*/s/ Elwood C. Stevens, Jr.*