# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE DOE, et al | * | NO. 6:21-cv-00430-DCJ-CBW |
| vs. | * | JUDGE DAVID C. JOSEPH |
| EDOUARD d'ESPALUNGUE d'ARROS | * | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO EXTEND TIME TO APPEAL MAGISTRATE JUDGE'S ORDERS

**MAY IT PLEASE THE COURT:**

Pursuant to LR74.1, Plaintiffs have a period of 14 days from filing of a Magistrate Judge's order within which to file a written statement of appeal.

Plaintiffs received Memorandum Orders (R. Doc. 62) on August 14, 2023 and (R. Doc. 63) on August 17, 2023 which involve an extensive series of factual issues and unique issues of law regarding foreign service of process dating back to February 2021. Additional time is needed to fully address the findings and conclusions contained in these two Memorandum Orders.

Wherefore, Plaintiffs request that the court grant them 14 days from today's date within which to file and brief their appeal.

**RESPECTFULLY SUBMITTED:**

**MILDRED E. METHVIN, LLC**
s/ *Mildred E. Methvin*
Mildred E. Methvin (#14619) T.A.
7414 Sardonyx St.
New Orleans, LA 70124
T: 337-501-1055
F: 888-298-0566
Email: memethvin@gmail.com

                              **DOMENGEAUX, WRIGHT, ROY & EDWARDS, LLC.**

s/ *Elwood C. Stevens, Jr.*
Elwood C. Stevens, Jr. (#12,459)
Jefferson Towers, Suite 500
556 Jefferson Street
Lafayette, LA 70501
T: (337) 233-3033
F: (337) 232-8213
Email: elwoods@wrightroy.com
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this pleading was sent to defendant this date via to four email addresses used in the past by Edouard d'Espalungue d'Arros (ed.eda@gmx.com; edouard.dsp@outlook.com; d98891570@gmail.com; edouarddespalungue@gmail.com) and to Pierre Hourcade, an attorney who has previously represented Mr. d'Espalungue at contact@frenchattorney.com.

                */s/ Elwood C. Stevens, Jr.*