# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JANE DOE, et al** | * | **NO. 6:21-cv-00430-DCJ-CBW** |
| **vs.** | * | **JUDGE DAVID C. JOSEPH** |
| **EDOUARD d'ESPALUNGUE d'ARROS** | * | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## ORDER

Considering Plaintiffs' Motion to Extend Time to Appeal Magistrate Judge's Orders (R. Doc. 62 and 63),

IT IS ORDERED that said motion be **GRANTED.** Plaintiffs' deadline to file their appeal pursuant to LR74.1 is hereby extended to September 1, 2023.

Lafayette, Louisiana, this _____ day of August, 2023.

---

**UNITED STATES DISTRICT COURT JUDGE**