# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE DOE, et al | * | NO. 6:21-cv-00430-DCJ-CBW |
| vs. | * | JUDGE DAVID C. JOSEPH |
| EDOUARD d'ESPALUNGUE d'ARROS | * | MAGISTRATE JUDGE CAROL B. WHITEHURST |

### NOTICE OF ERRATA TO PLAINTIFFS' PARTIAL APPEAL OF NON-DISPOSITIVE RULINGS BY U. S. MAGISTRATE JUDGE (R. DOCS 62 AND 63)

Plaintiffs respectfully submit this errata to correct an inadvertent error in their Partial Appeal of Non-Dispositive Rulings filed on August 29, 2023. (Doc. 70). On page eight (8), second paragraph, Plaintiffs refer three times to "Rule 4." These references should have read "Rule 4(f)." Counsel for Plaintiffs apologize for this error.

Respectfully submitted,

**MILDRED E. METHVIN, LLC**
s/ *Mildred E. Methvin*
Mildred E. Methvin (#14619) T.A.
7414 Sardonyx St.
New Orleans, LA 70124
T: 337-501-1055
F: 888-298-0566
Email: memethvin@gmail.com

**DOMENGEAUX, WRIGHT, ROY & EDWARDS, LLC.**
s/ *Elwood C. Stevens, Jr.*
Elwood C. Stevens, Jr. (#12,459)
Jefferson Towers, Suite 500
556 Jefferson Street
Lafayette, LA 70501
T: (337) 233-3033
F: (337) 232-8213
Email: elwoods@wrightroy.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that August 30, 2023, a copy of this pleading was sent to U. S. Magistrate Judge Carol D. Whitehurst and to the Defendant via email at ed.eda@gmx.com; edouard.dsp@outlook.com; d98891570@gmail.com; and edouarddespalungue@gmail.com.

                                                             */s/ Elwood C. Stevens, Jr.*