## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JANE DOE, et al** | * | **NO. 6:21-cv-00430-DCJ-CBW** |
| **vs.** | * | **JUDGE DAVID C. JOSEPH** |
| **EDOUARD d'ESPALUNGUE d'ARROS** | * | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## REQUEST FOR ENTRY OF DEFAULT

Pursuant to this Court's Minutes of the October 25, 2023 Evidentiary Hearing (R. Doc. 81), Plaintiffs, Jane Doe, et al, hereby request the Clerk of Court to enter a default against the defendant, Edouard d'Espalungue d'Arros.

This request is made on the basis that despite the fact that court authorized service via email (R. Doc. 63) was accomplished on September 8, 2023, as more fully described in a sworn Affidavit of Service by undersigned counsel (R. Doc. 74), the record herein demonstrates that more than 90 days have elapsed and there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

After entry of default by the Clerk, plaintiffs will file a Motion for Entry of Default Judgment.

Respectfully submitted,
**DOMENGEAUX, WRIGHT, ROY & EDWARDS, LLC.**
s/ *Elwood C. Stevens, Jr.*
Elwood C. Stevens, Jr. (#12,459)
Jefferson Towers, Suite 500
556 Jefferson Street
Lafayette, LA 70501
T: (337) 233-3033
F: (337) 232-8213
Email: elwoods@wrightroy.com

**MILDRED E. METHVIN, LLC**

s/ *Mildred E. Methvin*
Mildred E. Methvin (#14619) T.A.
7414 Sardonyx St.
New Orleans, LA 70124
T: 337-501-1055
F: 888-298-0566
Email: memethvin@gmail.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Request for Entry of Default was sent to the Defendant via email at ed.eda@gmx.com; edouard.dsp@outlook.com; d98891570@gmail.com; and edouarddespalungue@gmail.com.

/s/ Elwood C. Stevens, Jr.
