# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| JANE DOE, et al. | NO. 6:21–CV–00430–DCJ–CBW |
| VERSUS | JUDGE DAVID C JOSEPH |
| EDOUARD D'ESPALUNGUE D'ARROS | MAGISTRATE JUDGE CAROL B WHITEHURST |

## NOTICE OF ENTRY OF DEFAULT

Notice is hereby given that default is entered against Edouard d'Espalungue d'Arros in the captioned matter pursuant to the recent motion/request for entry of default. The legal time delays have elapsed and there has been no answer filed or other defenses presented to the complaint by said defendant(s). For the court to issue a default judgment under **Fed.R.Civ.P. 55**, a motion to that effect must be filed by plaintiff. A delay of at least fourteen (14) days from the date of this notice must elapse before issuance of a default judgment by the court under **LR 55.1**.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1–866–323–1101.

THUS DONE  December 13, 2023.

TONY R. MOORE
CLERK OF COURT