UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JANE DOE, et al** | * | **NO. 6:21-cv-00430-DCJ-CBW** |
| **vs.** | * | **JUDGE DAVID C. JOSEPH** |
| **EDOUARD d'ESPALUNGUE d'ARROS** | * | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## MOTION FOR DEFAULT JUDGMENT AND RULE TO SHOW CAUSE HEARING

Notice of Entry of Default was entered against defendant by the Clerk of Court on December 13, 2023 (Rec. Doc. 90).

Plaintiffs show that as of this date Defendant, Edouard d'Espalungue d'Arros, has failed to appear or offer a defense; thus, Plaintiffs are entitled to and hereby move for default judgment against defendant, Edouard d'Espalungue d'Arros.

As more fully explained in the Memorandum in Support of Default Judgment filed simultaneously herewith, Plaintiffs further request that this court issue a Rule to Show Cause order requiring that Defendant, d'Espalungue show cause if any he can why the testimony and evidence contained in the note of evidence taken during the October 12-13, 2022 evidentiary hearing, as well as, Proposed Findings of Fact and Conclusions of Law subsequently submitted by Plaintiffs (R. Doc. 46 and 50) should not be considered and relied upon by the Court as support for a default judgment in favor of Plaintiffs.

Respectfully submitted,

**MILDRED E. METHVIN, LLC**

s/ *Mildred E. Methvin*
Mildred E. Methvin (#14619) T.A.
7414 Sardonyx St.

        New Orleans, LA 70124
        T: 337-501-1055
        F: 888-298-0566
        Email: memethvin@gmail.com

**DOMENGEAUX, WRIGHT, ROY & EDWARDS, LLC.**

s/ *Elwood C. Stevens, Jr.*
Elwood C. Stevens, Jr. (#12,459)
Jefferson Towers, Suite 500
556 Jefferson Street
Lafayette, LA 70501
T: (337) 233-3033
F: (337) 232-8213
Email: elwoods@wrightroy.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of this pleading was sent to the Defendant via email at ed.eda@gmx.com; edouard.dsp@outlook.com; d98891570@gmail.com; and edouarddespalungue@gmail.com.

        */s/ Elwood C. Stevens, Jr.*