UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JANE DOE, ET AL** | **CASE NO. 6:21-CV-00430** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **EDOUARD d'ESPALUNGUE d'ARROS** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**MINUTES OF COURT:**
**Motion Hearing**

| | | | |
|---|---|---|---|
| Date: | Jan. 19, 2024 | Presiding: | Judge David C. Joseph |
| Court Opened: | 10:32 AM | Courtroom Deputy: | Lisa LaCombe |
| Court Adjourned: | 10:37 AM | Court Reporter: | Cathleen Marquardt |
| Statistical Time: | 5 Minutes | Courtroom: | CR1 |

**APPEARANCES**

| | | |
|---|---|---|
| Elwood Clement Stevens, Jr. | For | Jane Doe, Plaintiff |

**PROCEEDINGS**

Case called for hearing regarding [92] Exparte Motion for Default Judgment by all Plaintiffs.

Having no appearance by Defendant, Edouard d'Espalungue d'Arros, and for the reasons stated on the record, the Court accepted the evidence taken at the evidentiary hearing held on October 12 – 13, 2022, and will issue a ruling on [92] Motion for Default Judgment.