UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JANE DOE, ET AL** | **CIVIL DOCKET NO. 6:21-CV-00430** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **EDOUARD d'ESPALUNGUE d'ARROS** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

In consideration of the Court's FINDINGS OF FACT AND CONCLUSIONS OF LAW [Doc. 97];

IT IS HEREBY ORDERED that Plaintiffs' MOTION FOR DEFAULT JUDGMENT [Doc. 92] is GRANTED.

IT IS FURTHER ORDERED that Plaintiff, A.S. be awarded a sum of $606,204.64 from Defendant, Edouard d'Espalungue d'Arros.

IT IS FURTHER ORDERED that Plaintiffs, J.S. and D.S. each be awarded a sum of $50,000 from Defendant, Edouard d'Espalungue d'Arros.

IT IS FURTHER ORDERED that Defendant, Edouard d'Espalungue d'Arros shall have no contact or attempt to contact or be in physical proximity of Plaintiff without leave of this Court.

IT IS FURTHER ORDERED that this Order shall remain enforceable indefinitely unless revoked.

Page 2

THUS, DONE AND SIGNED in Chambers on this 19th day of January 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE