**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION**

| | | |
|---|---|---|
| **JANE DOE, et al** | * | **NO. 6:21-cv-00430-DCJ-CBW** |
| **vs.** | * | **JUDGE DAVID C. JOSEPH** |
| **EDOUARD d'ESPALUNGUE d'ARROS** | * | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

### **ORDER**

In consideration of the Plaintiffs' Motion to Modify Judgment to Include Interest Pursuant to FRCP Rule 59(e);

IT IS HEREBY ORDERED that Plaintiffs' Motion to Modify Judgment to Include Interest Pursuant to FRCP Rule 59(e) is GRANTED and that the Judgment of January 19, 2024 [Doc. 98] be amended to include one additional paragraph:

"IT IS FURTHER ORDERED that Defendant, Edouard d'Espalungue d'Arros, shall pay all sums awarded herein plus legal interest under Louisiana law thereon, from date of judicial demand until paid in full."

Lafayette, Louisiana this _____ day of February, 2024.

_____
**HONORABLE DAVID C. JOSEPH
UNITED STATES DISTRICT COURT JUDGE**