**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| JANE DOE, et al | * | NO. 6:21-cv-00430-DCJ-CBW |
| vs. | * | JUDGE DAVID C. JOSEPH |
| EDOUARD d'ESPALUNGUE d'ARROS | * | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## ORDER

In consideration of the Plaintiffs' Motion to Modify Judgment to Include Interest Pursuant to FRCP Rule 59(e);

IT IS HEREBY ORDERED that Plaintiffs' Motion to Modify Judgment to Include Interest Pursuant to FRCP Rule 59(e) is GRANTED and that the Judgment of January 19, 2024 [Doc. 98] be amended to include one additional paragraph:

"IT IS FURTHER ORDERED that Defendant, Edouard d'Espalungue d'Arros, shall pay all sums awarded herein plus legal interest under Louisiana law thereon, from date of judicial demand until paid in full."

THUS DONE AND SIGNED this 7th day of February, 2024.

_____
**HONORABLE DAVID C. JOSEPH**
**UNITED STATES DISTRICT COURT JUDGE**