UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JANE DOE, ET AL** | **CIVIL DOCKET NO. 6:21-CV-00430** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **EDOUARD d'ESPALUNGUE d'ARROS** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## AMENDED JUDGMENT

In consideration of the Court's FINDINGS OF FACT AND CONCLUSIONS OF LAW [Doc. 97];

IT IS HEREBY ORDERED that Plaintiffs' Motion for Default Judgment [Doc. 92] is GRANTED.

It is FURTHER ORDERED that Plaintiff, A.S. be awarded a sum of $606,204.64 from Defendant, Edouard d'Espalungue d'Arros.

It is FURTHER ORDERED that Plaintiffs J.S. and D.S. each be awarded a sum of $50,000 from Defendant, Edouard d'Espalungue d'Arros.

It is FURTHER ORDERED that Defendant, Edouard d'Espalungue d'Arros shall pay all sums awarded herein plus legal interest under applicable law, from the date of judicial demand until paid in full.

It is FURTHER ORDERED that Defendant, Edouard d'Espalungue d'Arros shall have no contact or attempt to contact or be in physical proximity of Plaintiff without leave of this Court.

IT IS FURTHER ORDERED that this Order shall remain enforceable indefinitely unless revoked.

THUS, DONE AND SIGNED in Chambers on this 7th day of February 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE